UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KAREN JONES,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY TROUTMAN et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-CV-00279-DCLC-CRW |

**ORDER**

This matter is before the Court on a sua sponte review of the record. Plaintiff, who purports to be a resident of Wyoming, alleges that the forty-six named Defendants, whom she does not identify in any way, “dumped trash everywhere, caus[ing] environmental problems” and “should be reminded of such behavior.” [Compl., Doc. 2, at 1]. That is the entirety of the information in the complaint. Plaintiff identifies no federal question for the Court’s adjudication and alleges no facts from which the Court can assess whether complete diversity of citizenship exists between Plaintiff and Defendants.

Under Federal Rules of Civil Procedure 8(a)(1), a plaintiff in federal court bears the burden of pleading sufficient facts to establish subject-matter jurisdiction, and Plaintiff has made no effort to do so. While the Court would ordinarily offer a pro-se litigant like Plaintiff the opportunity to amend the complaint, this complaint is clearly a “ghost” complaint—one brought not by a real person who suffered a real injury as a result of a real violation of federal law or any other law. This case is therefore **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure12(h)(3) and Plaintiff’s Motion to Proceed in Forma Pauperis [Doc. 1] is **DENIED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge